IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M.N., a Minor, by ELAINE NIEMAN, Guardian, and ELAINE NIEMAN, Individually,<br>    Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br>    Defendant | CIVIL ACTION<br><br>NO. 13-3695 |

## MEMORANDUM ORDER

Before the court is defendant's motion to transfer venue. Substantially similar motions have been ruled upon and granted by judges of this court as recently as August 14, 2013 (Judge Bartle) and August 16, 2013 (Judge McLaughlin).

Plaintiffs' response to defendant's motion is boilerplate in many aspects (see pages 7-12 of its brief in this case and pages 7-12 in 13cv3681) and does not address the cases decided against it (supra).

I adopt the analysis of Judges Bartle and McLaughlin and enter the following order:

**AND NOW**, this 9th day of October, 2013, upon consideration of Defendant's Motion to Transfer Venue, and the responses filed thereto, it is hereby **ORDERED** that said Motion (Docket No. 2) is **GRANTED**, and this case is **TRANSFERRED** to the District of South Dakota.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S. J.